U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:
Susan Tomas v. State of Illinois, Department of Employment
Security, James Johnson, Diane Ware and Lioubov Voityna aka
"Luba"

KC **FILED**
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

07CV6274
JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| NAME (Type or print) John C. Ireland | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John C. Ireland | |
| FIRM The Law Office of John C. Ireland | |
| STREET ADDRESS 1921 Charles Lane | |
| CITY/STATE/ZIP Aurora Ill 60505 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6263137 | TELEPHONE NUMBER 630-464-9675 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |