# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: **07 C 6274**
**Tomas v. Illinois Department of Employment Security, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**Defendants State of Illinois, Illinois Department of Employment Security, James Johnson, Diane Ware, and Lioubov Voityna**

| | |
|---|---|
| NAME (Type or print) | |
| Angela Overgaard Luning | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Angela Overgaard Luning | |
| FIRM | |
| Office of the Illinois Attorney General | |
| STREET ADDRESS | |
| 100 West Randolph Street, 13th Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6229752 | (312) 814-4355 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒ NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☒ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ ||