# United States District Court
## Northern District of Illinois

MHN

In the Matter of

SUSAN M. TOMAS

v.

THE STATE OF ILLINOIS, et al

Case No. 07 C 6274

Designated Magistrate Judge
Morton Denlow

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Rebecca R. Pallmeyer** to be related to **07 C 4542** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James B. Zagel

Dated: January 11, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JAN 1 7 2008

Finding of Relatedness (Rev. 9/99)