UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN M. TOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 07 CV 4542 |
| v. | ) Consolidated with 07 CV 6274 |
| | ) |
| THE STATE OF ILLINOIS, | ) Honorable James B. Zagel |
| ILLINOIS DEPARTMENT OF | ) |
| OF EMPLOYMENT SECURITY, | ) Magistrate Judge Nan R. Nolan |
| JAMES JOHNSON, DIANE WARE | ) |
| and LIOUBOV VOITYNA aka "LUBA" | ) |
| individually and in their official | ) |
| capacities as employees of the | ) |
| Illinois Department of Employment | ) |
| Security, | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:   John C. Ireland
      The Law Office of John C. Ireland
      1921 Charles Lane
      Aurora, IL 60505

PLEASE TAKE NOTICE that on **February 19, 2008, at 10:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel, or whomever may be sitting in his stead in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT STATE OF ILLINOIS' MOTION TO DISMISS PLAINTIFF'S FIRST CONSOLIDATED COMPLAINT**, a copy of which is attached and hereby served upon you.

                                          Respectfully submitted,
                                          ILLINOIS DEPARTMENT OF EMPLOYMENT
                                          SECURITY, Defendant

                                   BY:    s/ Angela Overgaard Luning
LISA MADIGAN                              ANGELA OVERGAARD LUNING
Attorney General of Illinois              Assistant Attorney General
                                          100 West Randolph Street, 13th Floor
                                          Chicago, Illinois 60601
                                          (312) 814-4355

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of the foregoing was served upon the above-named individual at the above address by e-mailing it via CM/ECF electronic filing at his/her e-mail address on file on February 11, 2008.

                                                                s/ Angela Overgaard Luning