FILED

J.N

FEB 1 9 2008
Feb 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** _Susan Tomas_
(Please print)

**STREET ADDRESS:** _8901 WESTERN apt 406_

**CITY/STATE/ZIP:** _Des Plaines, Il 60016_

**PHONE NUMBER:** _847 824-5001 or 312 799-1184_

**CASE NUMBER:**  ① # 1:07-cv-06274
② # 1:7-cv-04542

_Susie Tomot_ _____     _2-19-08_
Signature                                        Date