IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN M. TOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 CV 4245 |
| v. ) | Consolidated with 07 CV 6274 |
| ) | Honorable James B. Zagel |
| THE STATE OF ILLINOIS, ) | |
| ILLINOIS DEPARTMENT OF ) | Magistrate Judge Nan R. Nolan |
| OF EMPLOYMENT SECURITY, ) | |
| JAMES JOHNSON, DIANE WARE ) | |
| and LIOUBOV VOITYNA aka "LUBA" ) | |
| individually and in their official ) | |
| capacities as an employees ) | |
| Of the Illinois Department of Employment ) | |
| Security, ) | |
| Defendant, ) | Jury Trial Demanded |
| ) | |

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF
ATTORNEY JOHN C. IRELAND**

Attorney John C. Ireland respectfully requests leave to withdraw his appearance effective the date this Honorable Court grants this request, in support, Attorney Ireland states as follows:

1. John C. Ireland was hired to work for and pursue the above captioned cause by the Plaintiff in August of 2007.

2. Attorney Ireland and the Plaintiff, Susan Tomas, have disagreed substantially upon how to proceed in this matter and have been unable to resolve their differences.

4. Plaintiff Susan Tomas has advised Attorney Ireland that she does not wish him to remain his attorney.

3. Attorney Ireland has been advised that the Plaintiff is seeking new counsel or representing herself in this matter

4. Accordingly, Attorney Ireland requests leave to withdraw his appearance in this matter.
.

WHEREFORE, attorney John C. Ireland respectfully requests leave to withdraw his appearance.

1

2

/s/ John C. Ireland
John C. Ireland

Electronically filed: February 22, 2008

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Facsimile 630-206-0889
Atty4employees@aol.com
Attorney Number 6283137

2