IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN M. TOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 CV 4542 |
| v. ) | |
| ) | Honorable James B. Zagel |
| THE STATE OF ILLINOIS, ) | |
| ILLINOIS DEPARTMENT OF ) | Magistrate Judge Nan R. Nolan |
| OF EMPLOYMENT SECURITY ) | |
| Defendant, ) | <u>Jury Trial Demanded</u> |
| ) | |
| ) | |
| ) | |

**NOTICE OF MOTION**

TO:

**Angela Overgaard Luning**
Illinois Attorney General's Office
100 West Randolph Street
13th Floor
Chicago, IL 60601

Susan M. Tomas
8901 Western Ave.
Apt. 406
Des Plaines Illinois
60616

    PLEASE TAKE NOTICE THAT on March 11, 2008 at 10:15 AM or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the United States District Court for the Northern Illinois District of Illinois, 219 S. Dearborn St. Chicago, Illinois, and then and there present the following:

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF
<u>ATTORNEY JOHN C. IRELAND</u>**

A copy of which is herewith served upon you.

## PROOF OF SERVICE

The undersigned on oath states that the above described documents and a copy of this notice were served by US Mail and/or electronic delivery to the above named attorneys of record on February 22, 2008.

I, John C. Ireland, under penalty of perjury under the laws of the State of Illinois that the forgoing was correct and true.


    February 22, 2008 _____/s/_____John C. Ireland_____
    Date    John C. Ireland


John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137