UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Susan M. Tomas
                                              Plaintiff,

v.                                                  Case No.: 1:07–cv–06274
                                                         Honorable James B. Zagel

Illinois Department of Employment Security, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge James B. Zagel : Motion hearing held on 3/11/2008. MOTION by counsel for Plaintiff Susan M. Tomas to withdraw as attorney [14] is granted. Attorney John Craig Ireland terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.