

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** _SUSAN TOMAS_
(Please print)

**STREET ADDRESS:** _8901 WESTERN #406_

**CITY/STATE/ZIP:** _DES PLAINES, IL 60016_

**PHONE NUMBER:** _847 824 5001   312 799 1184_

**CASE NUMBER:** _1:07-cv-06274_

_Susan Tomas_
Signature

_3-11-08_
Date

# FILED

MAR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 1 1 2008