IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN M. TOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 CV 6274 |
| v. ) | |
| ) | Honorable James B. Zagel |
| THE STATE OF ILLINOIS, ) | |
| ILLINOIS DEPARTMENT OF ) | Magistrate Judge Nan R. Nolan |
| OF EMPLOYMENT SECURITY, ) | |
| JAMES JOHNSON, DIANE WARE ) | |
| and LIOUBOV VOITYNA aka "LUBA" ) | |
| individually and in their official ) | |
| capacities as employees of the ) | |
| Illinois Department of Employment ) | |
| Security, ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Now come Defendants ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, JAMES JOHNSON, DIANN WARE, and LIOUBOV VOITYNA, by their attorney, Lisa Madigan, Illinois Attorney General, and pursuant to Local Rule 83.17, move for the substitution of counsel. In support of this motion, Defendants state as follows:

1.  Assistant Attorney General Angela Luning ("AAG Luning") is attorney of record for Defendants in this matter.

2.  AAG Luning has accepted a new position and has tendered her resignation from the Office of the Illinois Attorney General, effective July 18, 2008.

3.  Assistant Attorney General Joshua Rodin was recently assigned to replace AAG Luning as counsel for Defendants in this case.

4.  Defendants respectfully request that the Court allow AAG Luning to withdraw as

attorney of record for Defendants, and allow Assistant Attorney General Joshua Rodin to substitute his appearance as the attorney of record for Defendants.

WHEREFORE Defendants ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY, JAMES JOHNSON, DIANN WARE, and LIOUBOV VOITYNA respectfully request that this Court allow Angela Luning to withdraw, and Assistant Attorney General Joshua Rodin to file his substitute appearance on their behalf.

Respectfully submitted,
ILLINOIS DEPARTMENT OF EMPLOYMENT
SECURITY, JAMES JOHNSON, DIANN WARE
and LIOUBOV VOITYNA, Defendants

By:   s/ Angela Overgaard Luning

LISA MADIGAN
Attorney General of Illinois

ANGELA OVERGAARD LUNING
Assistant Attorney General
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-4355