UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN M. TOMAS,       )<br>                              )<br>   Plaintiff,             )<br>                              )<br>v.                           )<br>                              )<br>THE STATE OF ILLINOIS,    )<br>ILLINOIS DEPARTMENT OF    )<br>OF EMPLOYMENT SECURITY,   )<br>JAMES JOHNSON, DIANE WARE )<br>and LIOUBOV VOITYNA aka "LUBA" )<br>individually and in their official )<br>capacities as employees of the )<br>Illinois Department of Employment )<br>Security,                    )<br>   Defendants.          )  | Case No. 07 CV 6274<br>Consolidated with 07 CV 4542<br><br>Honorable James B. Zagel<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

TO:  Susan Tomas
     8901 Western #406
     Des Plaines, IL  60016

PLEASE TAKE NOTICE that on **July 22, 2008, at 10:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel, or whomever may be sitting in his stead in Courtroom 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANTS' MOTION TO SUBSTITUTE ATTORNEY OF RECORD**, a copy of which is attached and hereby served upon you.

                              Respectfully submitted,
                              ILLINOIS DEPARTMENT OF EMPLOYMENT
                              SECURITY, JAMES JOHNSON, DIANN WARE,
                              and LIOUBOV VOITYNA, Defendants

                    BY:       s/ Angela Overgaard Luning
LISA MADIGAN                  ANGELA OVERGAARD LUNING
Attorney General of Illinois  Assistant Attorney General
                              100 West Randolph Street, 13th Floor
                              Chicago, Illinois 60601
                              (312) 814-4355

**CERTIFICATE OF SERVICE**

The undersigned attorney deposes and states that a copy of the foregoing was served upon the above-named individual at the above address by depositing it in the United States Mail at 100 West Randolph Street, Chicago, Illinois 60601, with proper postage prepaid, on July 18, 2008.

s/ Angela Overgaard Luning