FILED
AUG 11 2008
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUSAN TOMAS
**Plaintiff(s)**

Case No. 07CV4542
Case No. Consolidated with 07CV6274

V.
THE STATE OF ILLINOIS; ILLINOIS DEPARTMENT Case No. 1:08-CV-00610
OF EMPLOYMENT SECURITY; JAMES JOHNSON
DIANN NAPE; LIOUBOV VOITYNA aka LUBO        HONORABLE: JAMES B. ZAGEL
individually and in their official capacities as an employee
**Defendant(s)** of JDES                    MAGISTRATE: JUDGE NAN R. NOLAN

V.
AFSCME AMERICAN FEDERATION STATE
MUNICIPAL EMPLOYEES; PATRICA OUSLEY;
RUDLEY HERRON and MARK FISHER
Defendant(s)

TO: Joshua G. Rodin
Office of the Attorney General
STATE OF ILLINOIS
100 WEST RANDOLPH, 13th Floor
Chicago, IL 60601

TO: Melissa J. Aurebach Attorney
BAR NR 3126792, Attorney for
Defendants Confield & Feldman
25 East Washington, Suit 1400
Chicago, IL 60602

MOTION FOR/TO

Plaintiff SUSAN TOMAS, submits her motion to EXTEND TIME FOR DISCOVERY. In support of her motion, Plaintiff states as follows:
1. ORIGINAL DISCOVERY cut off AUGUST 1, 2008
2. Plaintiff is Pro Se, merging another case Plaintiff was unable to prepare everything.
3. Plaintiff is requesting 60 days extension time for DISCOVER.

Respectfully submitted
Susan Tomas
PRO SE

BY SUSAN TOMAS
8901 WESTERN #406
DES PLAINES IL 60016
tel 312 799-1184