## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                        Case Number: **07 C 4542**

**Susan Tomas v. Illinois Department of Employment Security**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
  **Defendant Illinois Department of Employment Security**

| | |
|---|---|
| NAME (Type or print) <br>    Joshua G. Rodin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    /s/ Joshua G. Rodin | |
| FIRM <br>    Office of the Attorney General, State of Illinois | |
| STREET ADDRESS <br>    100 West Randolph Street, 13th Floor | |
| CITY/STATE/ZIP <br>    Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>    6281011 | TELEPHONE NUMBER <br>    (312) 814-6131 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS <br>      RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |